HAINES *v.* UNITED PLANT GUARD WORKERS OF AMERICA

Judgment—Summary Judgment—Disputed Facts and Issues.
  Summary judgment for defendants reversed, where it appears that there are, upon the pleadings, disputed facts and disputed issues sufficient to require the taking of testimony.

Appeal from Wayne, Harry J. Dingeman, J. Submitted Division 1 December 11, 1968, at Detroit. (Docket No. 4,712.) Decided March 26, 1969. Rehearing denied May 27, 1969. Leave to appeal denied August 19, 1969. See 382 Mich 774.

Complaint by Marsha Haines against United Plant Guard Workers of America, an international union and voluntary association, and International Executive Board of the United Plant Guard Workers of America, to receive benefits from a pension fund. Summary judgment for defendants. Plaintiff appeals. Reversed and remanded.

*Davidow & Davidow,* for plaintiff.

*Livingston, Gregory, Van Lopik & Higle,* for defendants.

BEFORE: Fitzgerald, P. J., and R. B. Burns and Bronson, JJ.

───────────────────────
Reference for Points in Headnote
41 Am Jur, Pleading §§ 340–343.

PER CURIAM.   Plaintiff, Marsha Haines, appeals from an order of the Wayne county circuit court granting summary judgment for defendants.   Her suit is to receive benefits from a pension fund under which plaintiff alleges her deceased husband was protected.

Upon review of briefs and argument it appears that there are, upon the pleadings, disputed facts and disputed issues sufficient to require the taking of testimony.   This case is reversed and remanded for further hearing on the merits.

Reversed and remanded.